JOSEPH L. MUSCARELLE, INC. v. STATE OF NEW JERSEY
BY THE DEPARTMENT OF TRANSPORTATION.

February 24, 1981.

The Court having determined that certification was improvidently granted; It is ORDERED that the within appeal be and hereby is dismissed.   (See 85 *N.J.* 484)

STATE OF NEW JERSEY v. LAWRENCE DALGLISH.

February 24, 1981.

Order on certification to Superior Court, Law Division, Essex County granted.

BRANCIFORTE BUILDERS, INC. v. THE SOMERSET
COUNTY COLLEGE BOARD OF TRUSTEES.

March 9, 1981.

Petition for certification denied.